United States District Court
Southern District of Texas
**ENTERED**
March 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SERGIO RAFAEL GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-177 |
| | § | |
| BRADLEY ERIC BECICH; dba CUSTOM CONCRETE COATINGS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **April 15, 2018** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 16th day of March, 2018.

_____
George C. Hanks Jr.
United States District Judge